Priority ✓
Send ✓
Enter ✓
Closed ✓
~~JS-5~~/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT
JAN 30 2008
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY EARL EMERY, ) | Case No. CV 08-410-PSG (PJW) |
| Petitioner, ) | |
| ) | JUDGMENT |
| v. ) | |
| PEOPLE OF THE STATE OF ) CALIFORNIA, ) | |
| Respondent. ) | |

Pursuant to the Order Dismissing Habeas Corpus Petition Without Prejudice,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: 1/25/08

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\EMERY, A 410\Judgment.wpd